UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, DAYTON DIVISION

| | |
|---|---|
| HERITAGE HEALTHCARE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-cv-00241-TSB |
| v. ) | |
| ) | Hon. Timothy S. Black |
| THE MARY SCOTT NURSING HOME, ) | |
| INC. (d/b/a MARY SCOTT NURSING ) | |
| CENTER), ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER OF DISMISSAL

This matter coming before the Court on status of the parties' efforts to resolve this matter, the parties having advised the Court that they have entered into a settlement agreement, the Court having been fully advised in the premises, it is hereby ordered that:

1. This action is dismissed *with prejudice*; and

2. Each party shall bear its own fees and costs incurred to date in connection with the instant matter.

_____
Emily A. Shupe
Rathje & Woodward, LLC
300 E. Roosevelt Rd., Suite 300
Wheaton, IL 60187
Counsel for Plaintiff

_____
Steven A. Oldham
Benesch Friedlander Coplan & Aronoff, LLP
41 South High St., Suite 2600
Columbus, OH 43215-3506
Counsel for Defendant

SO ORDERED.

Dated: 4/3/2014

_____
Hon. Timothy S. Black